# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 6D2025-0031
Lower Tribunal No. 2011-CF-019792

—————————————————

ALISON TORRES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

July 14, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and KAMOUTSAS, JJ., concur.

Alison Torres, Sneads, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED